# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PIA BEATY, | ) | |
| Plaintiff, | ) | Case No.  2:12-cv-01807-RCJ-GWF |
| vs. | ) | **ORDER** |
| SANTA ROSA III HOA, | ) | Motion for Electronic Filing (#6) |
| Defendant. | ) | |

This matter comes before the Court on Plaintiff Pia Beatty's ("Plaintiff") Motion to File Electronically (#6), filed on October 25, 2012. Under the United States District Court of the District of Nevada's Special Order #109, the ability to file electronically is reserved for attorneys unless the Court grants a non-attorney authorization to use the electronic filing system ("CM/ECF"). Plaintiff requests the Court allow Plaintiff to use the Court's CM/ECF system to file, access, and electronically serve documents in this case. Plaintiff establishes good cause for authorization to use the CM/ECF system. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Permission for Electronic Case Filing (#6) is **granted**. Plaintiff must comply with the following procedures to activate a CM/ECF account:

    a.    On or before **November 16, 2012**, Plaintiff must provide certification that Plaintiff has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website, www.nvd.uscourts.gov.

. . .

      b.      Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

      c.      Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 29th day of October, 2012.

                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge