UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PIA BEATY,<br><br>            Plaintiff(s),<br><br>vs.<br><br>SANTA ROSA III HOA,<br><br>            Defendant(s). | Case No. 2:12-cv-01807-RCJ-NJK<br><br>ORDER GRANTING MOTION TO STAY AND DENYING WITHOUT PREJUDICE MOTION TO COMPEL (Docket Nos. 32, 34) |

Pending before the Court is the Defendant's motion to extend discovery deadlines, which the Court construes as a motion to stay discovery pending resolution of Defedant's motion to dismiss filed pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). *See* Docket No. 34 at 2 (stating that motion to dismiss is potentially dispositive and could make discovery unnecessary, and seeking a discovery deadline of 90 days after a ruling is issued on motion to dismiss); *see also* Docket No. 8 (motion to dismiss).[1] Plaintiff filed a response. *See* Docket No. 35. The Court finds that a stay of discovery accomplishes the objectives of Fed. R. Civ. P. 1 for the "just, speedy and inexpensive determination" of this action. Accordingly, for good cause shown, discovery in this matter is hereby **STAYED** pending resolution of Defendant's motion to dismiss. The parties are **ORDERED** to provide the undersigned with a revised discovery plan within 14 days of any order denying the

---

[1] The Court notes that Plaintiff has also filed a motion for summary judgment that remains pending. *See* Docket No. 11.

motion to dismiss.

Because the Court is staying discovery, Defendant's motion to compel is hereby **DENIED** without prejudice. Docket No. 32. Defendant may refile that motion in the event its motion to dismiss is denied.

IT IS SO ORDERED.

DATED: April 18, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge