1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PIA BEATY,                                      )
                                                )
                          Plaintiff(s),         )        Case No. 2:12-cv-01807-RCJ-NJK
                                                )
vs.                                             )        ORDER GRANTING MOTION TO
                                                )        STAY AND DENYING WITHOUT
SANTA ROSA III HOA,                             )        PREJUDICE MOTION TO COMPEL
                                                )        (Docket Nos. 32, 34)
                          Defendant(s).         )
                                                )

        Pending before the Court is the Defendant's motion to extend discovery deadlines, which the

Court construes as a motion to stay discovery pending resolution of Defedant's motion to dismiss

filed pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  *See* Docket No. 34 at 2 (stating that motion

to dismiss is potentially dispositive and could make discovery unnecessary, and seeking a discovery

deadline of 90 days after a ruling is issued on motion to dismiss); *see also* Docket No. 8 (motion to

dismiss).[1]  Plaintiff filed a response.  *See* Docket No. 35.  The Court finds that a stay of discovery

accomplishes the objectives of Fed. R. Civ. P. 1 for the "just, speedy and inexpensive

determination" of this action.  Accordingly, for good cause shown, discovery in this matter is hereby

**STAYED** pending resolution of Defendant's motion to dismiss.  The parties are **ORDERED** to

provide the undersigned with a revised discovery plan within 14 days of any order denying the

---

        [1]  The Court notes that Plaintiff has also filed a motion for summary judgment that remains
pending.  *See* Docket No. 11.

motion to dismiss.

Because the Court is staying discovery, Defendant's motion to compel is hereby **DENIED** without prejudice.  Docket No. 32.  Defendant may refile that motion in the event its motion to dismiss is denied.

IT IS SO ORDERED.

DATED: April 18, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge